IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use and Benefit of ERICKSON ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WINDAMIR DEVELOPMENT, INC.; and BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION NO.: 4:22-cv-73 |

**O R D E R**

Before the Court is a "Stipulation of Dismissal With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that they stipulate to the dismissal with prejudice of this action, with each party to bear its own attorneys' fees and costs. (Doc. 28.) Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 2nd day of August, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA